# United States Bankruptcy Court
District of Kansas

In re International Bridge Corporation
Debtor

Case No. 15-20951

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0 | | |
| B – Personal Property | YES | 4 | $ 17,403,622 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 3,718,477 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 9,299,972 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 26 | | $ 14,461,134 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 4 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0 |
| TOTAL | | 41 | $ 17,403,622 | $ 27,479,583 | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, May 07, 2015, at 15:55:42 - 32683-301X-*****

In re International Bridge Corporation
Debtor

Case No. 15-20951-11
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0 | |

(Report also on Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 14:10:56 - 32683-301X-*****

**In re** International Bridge Corporation **Case No.** 15-20951-11
**Debtor** **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | KVB General, Checking (...8615)<br>Kaw Valley Bank<br>PO Box 8009<br>Topeka, KS 66608 | | 45 |
| | | KVB Payroll, Checking (...8704)<br>Kaw Valley Bank<br>PO Box 8009<br>Topeka, KS 66608 | | 18 |
| | | Bank of Guam, Business Checking (...9686)<br>Bank of Guam<br>PO Box BW<br>Hagatna, GU 96932 | | 2 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 16:41:43 - 32683-301X-*****

In re International Bridge Corporation
Debtor

Case No. ____________
(If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Prepaid Insurance<br>Berkley Assigned Risk Services<br>PO Box 59143<br>Minneapolis, MN 55459 | | 1,826 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | TOA Corporation<br>TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | | Unknown |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | CaPFA, 04/2015 Receivable<br>CaPFA Capital Corp. 2010A<br>c/o Ted Kiser<br>331 Stalman Lane<br>Kennerdale, PA 16374 | | 760 |
| | | CaPFA, 05/2015 Receivable<br>CaPFA Capital Corp. 2010A<br>c/o Ted Kiser<br>331 Stalman Lane<br>Kennerdale, PA 16374 | | 73,478 |
| | | US Dept of Navy Receivable | | 14,265,000 |
| | | Accounts Receivable - Trade | | 389,159 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 16:41:43 - 32683-301X-*****

In re International Bridge Corporation, Debtor — Case No. ______ (If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Retention Receivable - Trade | | 2,264,838 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Guam Waterworks Authority<br>(Credit on account for duplicate payments by JFKHS when it took over responsibility for the utility service.)<br>Guam Waterworks Authority<br>578 N Marine Dr<br>Tamuning, GU 96913 | | 1,327 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery & Equipment | | 187,902 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 16:41:43 - 32683-301X-*****

**In re** International Bridge Corporation
**Debtor**

**Case No.** ______________________
**(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | (Valued at 25% of purchase price. See attached list.) | | |
| | | Machinery & Equipment, TOA<br>(Valued at 25% of purchase price. See attached list.) | | 219,267 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

0 continuation sheets attached — Total $ 17,403,622

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 16:41:43 - 32683-301X-*****

**INTERNATIONAL BRIDGE CORPORATION**
**DOT NUMBER: GU000002**
**EQUIPMENT LISTING**
**SCHEDULE OF FIXED ASSETS - Under Lien to TOA Corporation**

| EQUIPMENT NUMBER | EQUIPMENT CATEGORY | YEAR | MAKE | MODEL | SERIAL #/VIN # | LICENSE PLATE | PLATE RENWAL | DATE ACQUIRED | Purchased From | ACQUISITION COST: Beg Balance | Additions | End Balance | DEPRECIATION SCHEDULE: Dep. Life | 2009 Depreciation | 2010 Depreciation | 2011 Depreciation | 2012 Depreciation | 2013 Depreciation | 2014 Depreciation | 2015 Depreciation | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 928 | TRUCKS | 2010 | TEREX | BOOM TRUCK | 1FYHA6CY47L250465 | 328CV | 02/2012 | Sep-10 | Dozier Crane | $ 192,726.28 | | $ 192,726.28 | 5 | | $12,848.40 | $38,545.26 | $38,545.26 | $38,545.26 | $38,545.26 | $25,696.84 | Guam |
| 1186 | TRAILERS | 2009 | LOAD KING | 553 TRI AXLE | 5LKL5335XA1027940 | TR980 | 11/2011 | Sep-10 | Jim Hawk Truck | $ 55,552.00 | | $ 55,552.00 | 5 | | $3,703.47 | $11,110.40 | $11,110.40 | $11,110.40 | $11,110.40 | $7,406.93 | One in Kansas/One in Guam |
| 1187 | TRAILERS | 2009 | LOAD KING | 553 TRI AXLE | 5LKL53353A1027939 | TR982 | 11/2011 | Sep-10 | Jim Hawk Truck | $ 55,552.00 | | $ 55,552.00 | 5 | | $3,703.47 | $11,110.40 | $11,110.40 | $11,110.40 | $11,110.40 | $7,406.93 | |
| 1190 | TRAILERS | 2007 | EAST | DUMP TRAILER | 1E1D1P3888RE41994 | TR894 | 12/2011 | Oct-10 | Hale Trailer | $ 31,700.00 | $ 4,325.72 | $ 36,025.72 | 5 | | $1,801.31 | $7,205.14 | $7,205.14 | $7,205.14 | $7,205.14 | $5,403.85 | One in Kansas/One in Guam |
| 1191 | TRAILERS | 2007 | EAST | DUMP TRAILER | 1E1D1P38X8RE41995 | TR895 | 12/2011 | Oct-10 | Hale Trailer | $ 31,700.00 | $ 4,325.72 | $ 36,025.72 | 5 | | $1,801.31 | $7,205.14 | $7,205.14 | $7,205.14 | $7,205.14 | $5,403.85 | |
| 10025 | TRACTOR TRUCKS | 2007 | FREIGHTLINER | COLUMBIA TRACTOR | 1FVHA6CV37LZ50473 | 349CV | 01/2012 | Sep-10 | Peach State Truck | $ 113,045.26 | $ 12,251.34 | $ 125,296.60 | 5 | | $8,353.12 | $25,059.32 | $25,059.32 | $25,059.32 | $25,059.32 | $16,706.20 | Guam |
| 10026 | TRACTOR TRUCKS | 2007 | FREIGHTLINER | COLUMBIA TRACTOR | JFVHA6CV57LZ50474 | 348CV | 01/2012 | Sep-10 | Peach State Truck | $ 113,045.26 | $ 12,251.34 | $ 125,296.60 | 5 | | $8,353.12 | $25,059.32 | $25,059.32 | $25,059.32 | $25,059.32 | $16,706.20 | Guam |
| 10027 | TRACTOR TRUCKS | 2007 | FREIGHTLINER | COLUMBIA TRACTOR | 1FVHAC6CV67LZ50466 | 347CV | 01/2012 | Sep-10 | Peach State Truck | $ 113,045.26 | $ 12,251.34 | $ 125,296.60 | 5 | | $8,353.12 | $25,059.32 | $25,059.32 | $25,059.32 | $25,059.32 | $16,706.20 | Guam |
| 10028 | TRACTOR TRUCKS | 2007 | FREIGHTLINER | COLUMBIA TRACTOR | IFVHA6CV87LZ50470 | 346CV | 01/2012 | Sep-10 | Peach State Truck | $ 113,045.26 | $ 12,251.34 | $ 125,296.60 | 5 | | $8,353.12 | $25,059.32 | $25,059.32 | $25,059.32 | $25,059.32 | $16,706.20 | Guam |
| | | | | | | | | | | | | $ 877,068.12 | | $ - | $ 57,270.44 | $ 175,413.62 | $175,413.62 | $175,413.62 | $175,413.62 | | |
| | | | | | | | | | | | | | | $ 1,143.14 | | | | | | | |
| | | | | | | | | | | Items That Have Been Sold | | | | | | | | | | | |
| | | | | | | | | | | | | $ 877,068.12 | | $ 1,143.14 | $ 57,270.44 | $ 175,413.62 | $ 175,413.62 | $ 175,413.62 | $ 175,413.62 | | |
| | | | | | | | | | | | | | | | | | | $ 584,654.44 | | | |
| | | | | | | | | | | Machinery/Equipment | | $ 1,037,601.63 | | | | | | | | | |
| | | | | | | | | | | Vehicles | | $ 665,069.87 | | | | | | | | | |
| | | | | | | | | | | | | $ 1,702,671.50 | | | | | | | | | |

**INTERNATIONAL BRIDGE CORPORATION**
**DOT NUMBER: GU000002**
**EQUIPMENT LISTING**
**SCHEDULE OF FIXED ASSETS**

| EQUIPMENT NUMBER | EQUIPMENT CATEGORY | YEAR | MAKE | MODEL | SERIAL #/VIN # | LICENSE PLATE | PLATE RENWAL | DATE ACQUIRED | Purchased From | ACQUISITION COST Beg Balance | Additions | End Balance | Dep. Life | DEPRECIATION SCHEDULE 2009 Depreciation | 2010 Depreciation | 2011 Depreciation | 2012 Depreciation | 2013 Depreciation | 2014 Depreciation | 2014 YE Book Value | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 201 | BACKHOES | 2005 | CATERPILLAR | 446D BACKHOE W/ 18"BUCKET | DBL00404 | | | Apr-09 | Financed - CAT | $ 59,500.00 | | $ 59,500.00 | 5 | $8,925.03 | $11,900.00 | $11,900.00 | $11,900.00 | $11,900.00 | $2,974.97 | $ - | Guam (Not Operational) |
| 301 | LOADERS | | CATERPILLAR | 246C SKIDSTEER LOADER/BA 18 BROOM | JAY00445/AZN02596 | | | Apr-09 | Financed - CAT | $ 61,640.00 | | $ 61,640.00 | 5 | $9,246.00 | $12,328.00 | $12,328.00 | $12,328.00 | $12,328.00 | $3,082.00 | $ - | Guam (Not Operational) |
| 303 | FORKLIFTS | 2005 | CATERPILLAR | TH460B TELEHANDLER | SLF02229 | | | Apr-09 | Financed - CAT | $ 71,500.00 | | $ 71,500.00 | 5 | $10,725.00 | $14,300.00 | $14,300.00 | $14,300.00 | $14,300.00 | $3,575.00 | $ - | Guam |
| 402 | WELDERS | | MILLER | 400D | MA380074E | | | Sep-10 | Praxair | $ 11,303.74 | | $ 11,303.74 | 3 | | $1,255.98 | $3,767.91 | $3,767.91 | $2,511.94 | | $ 0.00 | |
| 403 | WELDERS | | MILLER | 400D | MA380075E | | | Sep-10 | Praxair | $ 11,303.74 | | $ 11,303.74 | 3 | | $1,255.98 | $3,767.91 | $3,767.91 | $2,511.94 | | $ 0.00 | One of these in KS not sure which one. |
| 404 | WELDERS | | MILLER | 400D | MA380076E | | | Sep-10 | Praxair | $ 11,303.74 | | $ 11,303.74 | 3 | | $1,255.98 | $3,767.91 | $3,767.91 | $2,511.94 | | $ 0.00 | |
| 601 | DRILLS & AUGERS | | | ROCK AUGER | B47K19LK80-H | | | Feb-09 | Jeffrey Mach.(TOA) | $ 8,529.38 | | $ 8,529.38 | 5 | $1,563.72 | $1,705.88 | $1,705.88 | $1,705.88 | $1,705.88 | $142.14 | $ (0.00) | Gone to Scrap |
| 802 | COMPACTOR | | MIKASA | MRH600 WALK BEHIND ROLLER | | | | Oct-10 | Ace Ocean | $ 12,500.00 | | $ 12,500.00 | 5 | | $625.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $ 1,875.00 | Do not know where they went |
| 803 | COMPACTOR | | MIKASA | MRH600 WALK BEHIND ROLLER | | | | Oct-10 | Ace Ocean | $ 12,500.00 | | $ 12,500.00 | 5 | | $625.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $ 1,875.00 | Do not know where they went |
| 923 | TRUCKS | 1997 | FORD | F-800 FLAT BED | 1FDXF80E9WVA32329 | 305CV | 02/2012 | Oct-10 | Ritchie Bros | $ 5,946.60 | | $ 5,946.60 | 5 | | $297.30 | $1,189.32 | $1,189.32 | $1,189.32 | $1,189.32 | $ 892.02 | Guam |
| 924 | TRUCKS | 1998 | FORD | F-800 FLAT BED | 3FEXF8012XMA08068 | 306CV | 02/2012 | Oct-10 | Ritchie Bros | $ 5,946.60 | | $ 5,946.60 | 5 | | $297.30 | $1,189.32 | $1,189.32 | $1,189.32 | $1,189.32 | $ 892.02 | Guam |
| 1183 | TRAILERS | 1989 | LOAD KING | 405 50 TON QUAD/A LOWBOY | 1B4L51450K1116190 | TR165 | 08/2010 | May-09 | Ritchie Bros | $ 33,031.25 | | $ 33,031.25 | 5 | $4,404.16 | $6,606.25 | $6,606.25 | $6,606.25 | $6,606.25 | $2,202.09 | $ - | Guam |
| 1184 | TRAILERS | 2000 | FONTAINE | HIGHBOY | 13N1482C0Y5989300 | TR978 | 11/2011 | Sep-10 | Quality Trailers | $ 11,000.00 | $ 13,756.90 | $ 24,756.90 | 5 | | $1,650.48 | $4,951.38 | $4,951.38 | $4,951.38 | $4,951.38 | $ 3,300.90 | Guam |
| 1185 | TRAILERS | 1995 | FRUEHAUF | HIGHBOY | 1HZP048225W063409 | TR979 | 11/2011 | Sep-10 | Quality Trailers | $ 11,000.00 | $ 13,756.90 | $ 24,756.90 | 5 | | $1,650.48 | $4,951.38 | $4,951.38 | $4,951.38 | $4,951.38 | $ 3,300.90 | Guam |
| 1192 | TRAILERS | 1998 | FONTAINE | TRAILER | 13N250306W1579449 | TR951 | 01/2012 | | | | | | 5 | | | | | | | | |
| 1193 | TRAILERS | 2003 | R WAY | 4021TAN T/A BOTTOM DUMP | 1R9BS40203L168685 | TR950 | 01/2012 | Sep-10 | Ritchie Bros | $ 17,363.80 | | $ 17,363.80 | 5 | | $868.19 | $3,472.76 | $3,472.76 | $3,472.76 | $3,472.76 | $ 2,604.57 | In Guam |
| 1194 | TRAILERS | 2000 | R WAY | 4021TAN T/A BOTTOM DUMP | 1R9BS4027YL168572 | TR949 | 01/2012 | Sep-10 | Ritchie Bros | $ 17,363.80 | | $ 17,363.80 | 5 | | $868.19 | $3,472.76 | $3,472.76 | $3,472.76 | $3,472.76 | $ 2,604.57 | In Guam |
| 10030 | TRACTOR TRUCKS | 2006 | FREIGHTLINER | TRACTOR | 1FUJA6DE26PW47860 | | | Jun-11 | Meixel Truck Sales | $ 25,000.00 | | $ 25,000.00 | 5 | | | | $2,916.67 | $5,000.00 | $5,000.00 | $ 12,083.33 | In Kansas |
| 12074 | PICK-UPS & CARS | 2010 | FORD | RANGER | 1FTKR1AD6APA09641 | DE1142 | 02/2012 | | | | | | 5 | | | | | | | | |
| 12083 | PICK-UPS & CARS | 2008 | FORD | F-150 | IFTRX12W88FA68680 | YG1870 | 05/2012 | Apr-09 | Triple J Motors | $ 21,995.00 | | $ 21,995.00 | 5 | $3,299.25 | $4,399.00 | $4,399.00 | $4,399.00 | $4,399.00 | $1,099.75 | $ - | Guam |
| 12086 | PICK-UPS & CARS | 2008 | FORD | F-150 | 1FTRW12W08KC19165 | TL287 | 03/2012 | Feb-09 | Triple J Motors | $ 27,637.00 | | $ 27,637.00 | 5 | $5,066.82 | $5,527.40 | $5,527.40 | $5,527.40 | $5,527.40 | $460.58 | $ - | Guam |
| 12088 | PICK-UPS & CARS | 2008 | FORD | RANGER | 1FTYR10D78PB11505 | AT1038 | 09/2011 | Jul-09 | Triple J Motors | $ 14,995.00 | | $ 14,995.00 | 5 | $1,499.50 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $1,499.50 | $ - | Rolly |
| 12090 | PICK-UPS & CARS | 2010 | FORD | F-150 | 1FTFW1EV5AFB11144 | AT2572 | 02/2012 | Dec-09 | Laird Noller Ford | $ 33,215.47 | | $ 33,215.47 | 5 | $553.61 | $6,643.09 | $6,643.09 | $6,643.09 | $6,643.09 | $6,089.50 | $ - | Kansas |
| 12093 | PICK-UPS & CARS | 2010 | FORD | F-150 | 1FTFW1EV0AFB35058 | MN236 | 03/2012 | Feb-10 | Laird Noller Ford | $ 35,541.00 | | $ 35,541.00 | 5 | | $6,515.85 | $7,108.00 | $7,108.00 | $7,108.00 | $7,108.00 | $ 593.15 | Guam |
| 12104 | PICK-UPS & CARS | 1995 | BUICK | REGAL 4 DOOR SEDAN | 2G4WBS2MXS1430817 | MAN3876 | 12/2011 | Jan-11 | Phi Roberto | $ 2,000.00 | | $ 2,000.00 | 5 | | | $400.00 | $400.00 | $400.00 | $400.00 | $ 400.00 | Scrap |
| 12106 | PICK-UPS & CARS | 2002 | FORD | RANGER | 1FTYR44U52PA79186 | IN1192 | 03/2012 | Feb-11 | Harry Livingston | $ 3,500.00 | | $ 3,500.00 | 5 | | | $641.63 | $700.00 | $700.00 | $700.00 | $ 758.37 | Scrap |
| 20001 | SURVEY EQT | | | GPS & TOTAL STATION | | | | Feb-09 | Measuretronics | $ 81,841.00 | $ 56,236.39 | $ 138,077.39 | 5 | $25,314.18 | $27,615.48 | $27,615.48 | $27,615.48 | $27,615.48 | $2,301.29 | $ 0.00 | Gone |
| 20007 | MISCELLANEOUS | | GENIE | RL4000-R LIGHT TOWER | RL4091127 | | | Oct-10 | White Star | $ 7,000.00 | | $ 7,000.00 | 3 | | $583.32 | $2,333.33 | $2,333.33 | $1,750.02 | | $ 0.00 | Gone |
| 20009 | MISCELLANEOUS | | AMERICAN MACHINERY | TG 505 SPREADER | | | | Jun-10 | American Road | $ 3,353.00 | | $ 3,353.00 | 3 | | $651.98 | $1,117.67 | $1,117.67 | $465.68 | | $ (0.00) | Scrap |
| 30001 | CONCRETE EQT | | M&B | 3 YARD ALUMINIUM CONCRETE BUCKET | | | | Apr-09 | Ritchie Bros | $ 1,568.00 | | $ 1,568.00 | 3 | $392.00 | $522.67 | $522.67 | $130.66 | $0.00 | | $ 0.00 | Scrap |
| 30002 | CONCRETE EQT | | M&B | 3 YARD ALUMINIUM CONCRETE BUCKET | 40205 | | | Apr-09 | Ritchie Bros | $ 1,568.00 | | $ 1,568.00 | 3 | $392.00 | $522.67 | $522.67 | $130.66 | $0.00 | | $ 0.00 | Scrap |
| 30003 | CONCRETE EQT | | GARBRO | 3 YARD STEEL CONCRETE BUCKET | | | | Apr-09 | Ritchie Bros | $ 1,568.00 | | $ 1,568.00 | 3 | $392.00 | $522.67 | $522.67 | $130.66 | $0.00 | | $ 0.00 | Scrap |
| | | | Morton | Steel Building - Office Space/Storage | | | | Sep-11 | Morton Buildings | $ 107,961.00 | $ 11,378.07 | $ 119,339.07 | 20 | | | $ 1,625.87 | $ 6,431.95 | $6,431.95 | $6,431.95 | $ 98,417.35 | Kansas |
| | | | | | | | | | | | | $ 825,603.38 | | $ 71,773.27 | $ 113,993.14 | $ 144,349.26 | $150,954.35 | $147,642.49 | $67,293.69 | $129,597.18 | |
| | The Morton Building was built as a place for storage and dismantling of equipment purchased and shipped to Guam, a common practice used by IBC. IBC currently carries 37% of the value as fixed asset. | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | $ 825,603.38 | | $ 71,773.27 | $ 113,993.14 | $ 144,349.26 | $ 150,954.35 | $ 147,642.49 | $ 67,293.69 | | |
| | | | | | | | | | | | | | | | | | | | $ 696,006.20 | | Accumulated Depreciation as of 12/31/2014 |
| | | | | | | | | | | | SAIC UCC's | $ (657,853.91) | | | | | | | | | |
| | | | | | | | | | Not on SAIC UCC/Scrapped/Gone/Not Operational | | | $ (73,993.00) | | | | | | | $ 129,597.18 | | Total Book Values as of 12/31/2014 |
| | | | | | | | | | | | Equipment Balance | $ 93,756.47 | | | | | | | -$98,417.35 | | Less Morton Building Book Value |
| | | | | | | | | | | | | | | | | | | | $31,179.83 | | Balance |

**In re** International Bridge Corporation
**Debtor**

**Case No.** 15-20951-11
**(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

**Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 14:10:56 - 32683-301X-*****

B6D (Official Form 6D) (12/07)

In re International Bridge Corporation, Debtor — Case No. 15-20951-11 (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0020<br>Guam Dept of Revenue & Taxation<br>Taxpayer Services Division<br>P.O. Box 23607<br>GMF, Guam 96921 | | | Lien: Taxes/Debts owed to Government<br>VALUE $ 0 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | | Lien: Taxes/Debts owed to Government<br>VALUE $ 0 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br>SAIC Constructors, LLC<br>9400 N Broadway, Ste 300<br>Oklahoma City, OK 73114 | | | Lien: UCC-1 Financing Statement<br>Security: All Assets<br>VALUE $ 164,463 | | | | 3,718,477 | 3,554,014 |
| | | | | | | Subtotal ▷ (Total of this page) | $ 3,718,477 | $ 3,554,014 |
| | | | | | | Total ▷ (Use only on last page) | $ 3,718,477 | $ 3,554,014 |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

0 continuation sheets attached

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 14:10:56 - 32683-301X-*****

In re International Bridge Corporation, Debtor — Case No. 15-20951-11 (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 16:27:16 - 32683-301X-*****

In re International Bridge Corporation, Debtor — Case No. ______ (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 16:27:16 - 32683-301X-*****

1 **continuation sheets attached**

In re International Bridge Corporation, Debtor

Case No. ________________ (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet) Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0020<br>Guam Dept of Revenue & Taxation<br>Taxpayer Services Division<br>P.O. Box 23607<br>GMF, Guam 96921 | X | | GRT | | | | 1,785,729 | 1,785,729 | 0 |
| ACCOUNT NO. 0020<br>Guam Dept of Revenue & Taxation<br>Taxpayer Services Division<br>P.O. Box 23607<br>GMF, Guam 96921 | X | | Withholding | | | | 3,037,082 | 3,037,082 | 0 |
| ACCOUNT NO.<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | X | | Withholding | | | | 4,477,161 | 4,477,161 | 0 |
| ACCOUNT NO.<br>Office of the United States Attorney<br>Robert J. Dole US Courthouse, Suite 360<br>500 State Avenue<br>Kansas City KS 66101 | | | | | | | Notice Only | Notice Only | Notice Only |
| Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal (Totals of this page) | | | | $ 9,299,972 | $ 9,299,972 | $ 0 |
| | | | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | | | | $ 9,299,972 | | |
| | | | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ 9,299,972 | $ 0 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 16:27:16 - 32683-301X-*****

**B6F (Official Form 6F) (12/07)**

**In re** International Bridge Corporation, **Debtor** — **Case No.** 15-20951-11 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AB Wonpat Int'l Airport<br>355 Chalan Pasaheru B224-A<br>Tamuning, GU 96913 | | | | | | | 688,789 |
| ACCOUNT NO.<br>Almix<br>13333 US Hwy 24 West<br>Ft. Wayne, IN 46804 | | | | | | | 300 |
| ACCOUNT NO.<br>Ambyth Shipping and Trading Co<br>193 Rojas St<br>Tamuning, GU 96913 | | | | | | | 96,848 |
| ACCOUNT NO.<br>America's Best Electricmart<br>129 W Harmon Ind Park Unit D<br>Tamuning, GU 96913 | | | | | | | 301 |

25 continuation sheets attached

Subtotal ➢ $ 786,238

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

B6F (Official Form 6F) (12/07) - Cont.

In re International Bridge Corporation, Debtor

Case No. ______ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Andy Car Rental<br>PO Box 7496<br>Tamuning , GU 96931 | | | | | | | 4,800 |
| ACCOUNT NO.<br>ARC Environmental Services<br>PO Box 12331<br>Tamuning, GU 96931 | | | | | | | 2,500 |
| ACCOUNT NO.<br>Architects Laguana LLC<br>446 E Marine Corps Dr Ste 200<br>Hagatna, GU 96910 | | | | | | | 104 |
| ACCOUNT NO.<br>AT&T Teleconference Services<br>PO Box 2840<br>Omaha, NE 68103-2840 | | | | | | | 2,004 |
| ACCOUNT NO.<br>Benson Guam Enterprises Inc<br>PO Box 6157<br>Tamuning, GU 96931 | | | | | | | 10,112 |

Sheet no. 1 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ⊳ $ 19,520

Total ⊳ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

In re International Bridge Corporation, Debtor

Case No. ______________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bonarrigo Investment Grp<br>220 E Harmon Indst Prk Ste C14<br>Tamuning, GU 96913 | | | | | | X | 19,342 |
| ACCOUNT NO.<br>CALPAC<br>150 E Harmon Indust Park<br>Harmon, GU 96913 | | | | | | | 1,255 |
| ACCOUNT NO.<br>Calvo Enterprises<br>138 Martyr St<br>Hagatna, GU 96910 | | | | | | | 754 |
| ACCOUNT NO.<br>Cars Plus, LLC<br>647 Rte 8<br>Maite, GU 96910 | | | | | | | 1,279 |
| ACCOUNT NO.<br>Civille & Tang PLLC<br>330 Hernan Cortez Ave Ste 220<br>Hagatna, GU 96910 | | | | | | | 38,033 |

Sheet no. 2 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $ 60,663

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

B6F (Official Form 6F) (12/07) - Cont.

In re International Bridge Corporation, Debtor

Case No. ______ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Commercial Tire Center<br>Napa Commercial Center<br>1790 Rte 16<br>Dededo, GU 96929 | | | | | | | 3,620 |
| ACCOUNT NO.<br>Compacific<br>302 Agana Shopping Cntr<br>S Route 4 O'Brien Dr 4<br>Hagatna, GU 96910 | | | | | | | 29 |
| ACCOUNT NO.<br>Computer Forms Inc<br>PO Box 23456<br>Portland, OR 97281 | | | | | | | 546 |
| ACCOUNT NO.<br>Construction & Power Sources<br>174B E Harmon Indust Park<br>Tamuning, GU 96931 | | | | | | | 6,902 |
| ACCOUNT NO.<br>Continental Airlines<br>c/o Logistical Recovery Systems<br>PO Box 551030<br>Jacksonville, FL 32255-1030 | | | | | | | 2,000 |

Sheet no. 3 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ⊳ $ 13,097

Total ⊳ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

B6F (Official Form 6F) (12/07) - Cont.

In re International Bridge Corporation, Debtor

Case No. ______ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Copy Express<br>PO Box 10138<br>Tamuning, GU 96931 | | | | | | | 5,165 |
| ACCOUNT NO.<br>Cotton-O'Neil Clinic<br>PO Box 412875<br>Kansas City, MO 64141-2875 | | | | | | | 195 |
| ACCOUNT NO.<br>Culligan<br>286 Chalan San Antonio #3<br>Tamuning, GU 96913 | | | | | | | 2,287 |
| ACCOUNT NO.<br>DCK Pacific Guam LLC<br>PO Box 20429<br>GMF, GU 96929 | | | | | | | 8,015 |
| ACCOUNT NO.<br>Delta Marine Consultant<br>PO Box 268<br>2801 AG Gouda<br>The Netherlands | X | | | | | | 33,875 |

Sheet no. 4 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $ 49,537

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

In re International Bridge Corporation, Debtor — Case No. ____________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DHL Express, Inc.<br>16592 Collections Center Dr.<br>Chicago, IL 60693 | | | | | | | 9,265 |
| ACCOUNT NO.<br>Diamond Auto Parts<br>PO Box 20327<br>GMF, GU 96921 | | | | | | | 1,702 |
| ACCOUNT NO.<br>Diesel Solutions Inc<br>425 Chalan San Antonio Rd<br>PMB 532<br>Tamuning, GU 96913 | | | | | | | 4,886 |
| ACCOUNT NO.<br>Docomo Pacific<br>219 S Marine Corps Dr<br>Century Plaza Ste 206<br>Tamuning, GU 96913-3927 | | | | | | | 321 |
| ACCOUNT NO.<br>Dooley Roberts & Fowler, LLP<br>Orlean Pacific Plaza<br>Ste 201<br>865 S Marine Corps Dr<br>Tamuning, GU 96913 | | | | | | | 2,436 |

Sheet no. 5 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $ 18,610

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

B6F (Official Form 6F) (12/07) - Cont.

In re International Bridge Corporation, Debtor

Case No. ______ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Duenas Camacho & Associates<br>238 E Marine Corps Dr Ste 201<br>Hagatna, GU 96910 | | | | | | X | 56,317 |
| ACCOUNT NO.<br>DZSP 21 LLC<br>PO Box GH<br>Hagatna, GU 96932 | X | | | | | | 17,280 |
| ACCOUNT NO.<br>East Island Tinting<br>490 E Marine Corps Dr<br>Hagatna, GU 96910 | | | | | | | 1,315 |
| ACCOUNT NO.<br>Excel Auto Service<br>PO Box 9550<br>Tamuning, GU 96931 | | | | | | | 425 |
| ACCOUNT NO.<br>Foulston Siefkin LLP<br>1551 N Waterfront Pkwy Ste 100<br>Wichita, KS 67206-4466 | X | | | | | | 57,941 |

Sheet no. 6 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $ 133,278

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

B6F (Official Form 6F) (12/07) - Cont.

In re International Bridge Corporation, Debtor

Case No. ____________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Frieden Unrein & Forbes LLP<br>555 S Kansas Ave<br>PO Box 639<br>Topeka, KS 66601 | | | | | | | 15,501 |
| ACCOUNT NO.<br>G4S Security Services (Guam)<br>1851 Army Dr<br>Tamuning, GU 96913-1254 | X | | | | | | 56,956 |
| ACCOUNT NO.<br>GCR Truck Tire Center<br>1400 SW 41st St<br>Topeka, KS 66609 | | | | | | | 21 |
| ACCOUNT NO.<br>General Pacific Services LLC<br>PO Box 5187<br>Topeka, KS 66605 | | | | | | | 12,693 |
| ACCOUNT NO.<br>Geo-Engineering & Testing Inc<br>PO Box 8170<br>Tamuning, GU 96931 | X | | | | | | 1,542 |

Sheet no. 7 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ⊳ $ 86,713

Total ⊳ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

In re International Bridge Corporation, Debtor — Case No. ______ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Gresco<br>Guam Refinery & Environmental<br>153 Haiguas Dr<br>Agana Heights, GU 96910 | | | | | | | 35,692 |
| ACCOUNT NO.<br>Guam Airport Hotel<br>120 Simon Sanchez St.<br>Tamuning, GU 96911 | X | | | | | | 1,654 |
| ACCOUNT NO.<br>Guam Exterminators<br>Pest Control PMB 731<br>1270 N Marine Corps Dr Ste 101<br>Tamuning, GU 96913 | | | | | | | 5,433 |
| ACCOUNT NO.<br>Guam Hardwood<br>1797 Army Drive<br>Tamuning, GU 96913 | | | | | | | 881 |
| ACCOUNT NO.<br>Guam Home Center<br>282 E Marine Corp Dr<br>Dededo, GU 96929 | | | | | | | 8,786 |

Sheet no. 8 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ⊳ $ 52,446

Total ⊳ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

In re International Bridge Corporation, Debtor — Case No. ________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Guam Power Authority<br>PO Box 21868<br>Barrigada, GU 96921 | | | | | | | 3,718 |
| ACCOUNT NO.<br>Guam Rebar Supply LLC<br>1405 Route 15<br>Mangilao, GU 96913 | | | | | | | 427 |
| ACCOUNT NO.<br>Guam Shipyard<br>Bldg 20 Sumay Dr<br>Sumay Cove<br>Santa Rita, GU 96915 | X | | | | | X | 8,152 |
| ACCOUNT NO.<br>Guam Waterworks Authority<br>578 N Marine Dr<br>Tamuning, GU 96913 | | | | | | | Unknown |
| ACCOUNT NO.<br>Harmon Doctors Clinic<br>George P Macris, MD<br>2214 Army Dr<br>Dededo, GU 96929 | | | | | | | 715 |

Sheet no. 9 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ⊳ $ 13,012

Total ⊳ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

In re International Bridge Corporation, Debtor — Case No. ________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hawaiian Rock Products<br>1402 Rte 15<br>Mangilao, GU 96913 | X | | | | | | 28,386 |
| ACCOUNT NO.<br>Heatec Inc<br>5200 Wilson Rd<br>Chattanooga, TN 37410 | | | | | | | 3,352 |
| ACCOUNT NO.<br>Horizon Lines<br>Attn: Freight Cashier<br>600 E Las Colinas Blvd #600<br>Irving, TX 75039 | | | | | | | 159,885 |
| ACCOUNT NO.<br>HRC<br>11200 Condor Ave<br>Fountain Valley, CA 92708 | X | | | | | | 45,695 |
| ACCOUNT NO.<br>Hydra-Air Pacific Guam, LP<br>209 E Harmon Ind Park<br>Unit 101<br>Tamuning, GU 96913 | | | | | | | 5,532 |

Sheet no. 10 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ 242,850

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

In re International Bridge Corporation, Debtor

Case No. ______ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>IConnect<br>PO Box 12398<br>Tamuning, GU 96931 | | | | | | | 46,509 |
| ACCOUNT NO.<br>Industrial Hygiene Prof<br>PO Box 5086<br>Hagatna, GU 96932 | | | | | | | 1,140 |
| ACCOUNT NO.<br>International Bridge & Constr<br>Marianas Inc<br>171 Marine Corps Dr<br>Yigo, GU 96929 | | | | | | | 4,095,875 |
| ACCOUNT NO.<br>International Equip of Guam<br>PO Box 24667<br>GMF, GU 96921 | | | | | | | 64 |
| ACCOUNT NO.<br>Island Business Systems<br>& Supply<br>130 E Marine Corps Dr, Ste 101<br>Hagatna, GU 96910 | | | | | | | 12,422 |

Sheet no. 11 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ⊳ $ 4,156,010

Total ⊳ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

B6F (Official Form 6F) (12/07) - Cont.

In re International Bridge Corporation, Debtor

Case No. ______ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Island Choice Drinking Water<br>190 West Marine Dr #6<br>Dededo, GU 96929 | | | | | | | 12 |
| ACCOUNT NO.<br>Island Equipment Co<br>Unit A 151 W Harmon Ind Park<br>Tamuning, GU 96913 | | | | | | | 5,379 |
| ACCOUNT NO.<br>Island Home Ins Co<br>PO Box CZ<br>Hagatna, GU 96932 | | | | | | | 68,827 |
| ACCOUNT NO.<br>IT&E<br>PO Box 24881<br>Barrigada, GU 96921 | | | | | | | 2,644 |
| ACCOUNT NO.<br>Jack Peters & Co.<br>217 Siket St<br>Harmon, GU 96911 | | | | | | | 15 |

Sheet no. 12 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $ 76,877

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

In re International Bridge Corporation, Debtor — Case No. ____ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Joe & Frank's Auto Shop<br>733 W Marine Corps Dr<br>Hagatna, GU 96910 | | | | | | | 450 |
| ACCOUNT NO.<br>JRC Maritime Services<br>PO Box 315273<br>Tamuning, GU 96931 | X | | | | | | 1,920 |
| ACCOUNT NO.<br>JS Construction<br>PO Box 25461<br>GMF, GU 96921 | | | | | | | 1,450 |
| ACCOUNT NO.<br>Jun Crane Repair<br>(Unknown) | | | | | | | 31 |
| ACCOUNT NO.<br>K-M Universal<br>Attn: Accts Receivable<br>156 Tun Joaquin Flores St<br>Harmon, GU 96913 | | | | | | | 313 |

Sheet no. 13 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ⊳ $ 4,164

Total ⊳ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

B6F (Official Form 6F) (12/07) - Cont.

In re International Bridge Corporation, Debtor

Case No. ______ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Kautz & Sons Glass Co Inc<br>1447 Rt 16<br>Barrigada, GU 96921 | | | | | | | 2,579 |
| ACCOUNT NO.<br>King's Auto Parts<br>724 W Marine Corps Dr<br>Anigua, GU 96910 | | | | | | | 485 |
| ACCOUNT NO.<br>Kleinfelder<br>600 Harmon Loop Rd Ste 108<br>Dededo, GU 96929 | | | | | | | 4,949 |
| ACCOUNT NO.<br>LEMM Int'l Logistics<br>136D Kayen Chando<br>PMB 646 Ste A10<br>Dededo, GU 96929 | | | | | | | 225 |
| ACCOUNT NO.<br>M&M Cartridges<br>Compradres Mall<br>Dededo, GU 96929 | | | | | | | 736 |

Sheet no. 14 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ 8,974

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

B6F (Official Form 6F) (12/07) - Cont.

In re International Bridge Corporation, Debtor

Case No. ______ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mark's Hardware<br>PO Box DV<br>Hagatna, GU 96932 | | | | | | | 1,408 |
| ACCOUNT NO.<br>Martin Craig<br>(Unknown) | | | | | | | 1,285 |
| ACCOUNT NO.<br>MCB Inc<br>Law Offices Terrance M Brooks<br>247 Martyr St Ste 101<br>Hagatna, GU 96910 | | | | | | | 32,774 |
| ACCOUNT NO.<br>Metro Group Maritime Agent for<br>Matson Navigation<br>61 Broadway, Ste 1410<br>New York, NY 10006 | X | | | | | | 34,219 |
| ACCOUNT NO.<br>MGT Corporation<br>DBA Goodyear Tire Cntr<br>PO Box 7840<br>Tamuning, GU 96931 | | | | | | | 15,282 |

Sheet no. 15 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $ 84,968

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

B6F (Official Form 6F) (12/07) - Cont.

In re International Bridge Corporation, Debtor

Case No. ______ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Micronesia Construction Supply<br>PO Box 20439<br>Barrigada, GU 96921 | | | | | | | 5,488 |
| ACCOUNT NO.<br>Mid-Pac Far East<br>PO Box 20969<br>Barrigada, GU 96921 | | | | | | | 667 |
| ACCOUNT NO.<br>Miguel C Bordallo<br>PO Box 65<br>Hagatna, GU 96932 | | | | | | | 45,000 |
| ACCOUNT NO.<br>MW Corporation<br>1270 N Marine Dr St 101-532<br>Tumon, GU 96913 | | | | | | | 4,060 |
| ACCOUNT NO.<br>Napa Auto Parts<br>1790 Route 16<br>Dededo, GU 96929 | | | | | | | 2,363 |

Sheet no. 16 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $ 57,578

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

In re International Bridge Corporation, Debtor

Case No. ______ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>National Office Supply<br>PO Box 3767<br>Hagatna, GU 96932 | | | | | | | 5,500 |
| ACCOUNT NO.<br>National Trading Corp<br>PO Box 6421<br>Tamuning, GU 96931 | | | | | | | 342 |
| ACCOUNT NO.<br>Options PC Supplies<br>1779 Renato Silvestre Bldg<br>Ste 105 Route 16 PMB 148<br>Dededo, GU 96912 | | | | | | | 270 |
| ACCOUNT NO.<br>Pacific Hub Enterprises<br>370 E Harmon Indust Park Rd<br>Tamuning, GU 96913 | | | | | | | 1,881 |
| ACCOUNT NO.<br>Pacific LP Gas<br>145 Ypao Rd<br>Tamuning, GU 96913 | | | | | | | 604 |

Sheet no. 17 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $ 8,597

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

In re International Bridge Corporation, Debtor

Case No. ______ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Pacific Waste Systems<br>PO Box 5187<br>Topeka, KS 66605 | X | | | | | | 3,551 |
| ACCOUNT NO.<br>Pacific Welding Services<br>PO Box 2418<br>Hagatna, GU 96932 | | | | | | | 13,020 |
| ACCOUNT NO.<br>Penn Air Group<br>GCIC Bldg Ste 203<br>414 W Soledad Ave<br>Agana, GU 96910 | | | | | | | 3,040 |
| ACCOUNT NO.<br>Perez Bros Inc<br>PO Box F<br>Hagatna, GU 96932 | X | | | | | | 80,440 |
| ACCOUNT NO.<br>Phillip P Roberto<br>285 Gardenia Ave<br>Mangilao, GU 96913 | | | | | | | 12,478 |

Sheet no. 18 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ 112,529

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

In re International Bridge Corporation, Debtor

Case No. ______________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Pine Rental Service<br>189 Fairway Dr<br>Yona, GU 96915 | | | | | | | 17,600 |
| ACCOUNT NO.<br>Port Authority of Guam<br>1026 Cabras Hwy, Ste 201<br>Piti, GU 96925 | X | | | | | | 36,993 |
| ACCOUNT NO.<br>Primos Heavy Equip Rental<br>PO Box 11427<br>Yigo, GU 96929 | X | | | | | | 2,056 |
| ACCOUNT NO.<br>Radiology and Nuclear Med<br>PO Box 1887<br>Topeka, KS 66601-1887 | | | | | | | 162 |
| ACCOUNT NO.<br>Road Rules Safety Services<br>112 Aga Blvd<br>Dededo, GU 96929 | X | | | | | | 8,150 |

Sheet no. 19 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ⊳ $ 64,961

Total ⊳ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

B6F (Official Form 6F) (12/07) - Cont.

In re International Bridge Corporation, Debtor

Case No. ______________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Robert & Amellia Toelkes<br>4626 SE 85th St<br>Berryton, KS 66409 | | | | | | | 3,641 |
| ACCOUNT NO.<br>Robert G Nath PLLC<br>1800 Old Meadow Rd Ste 117<br>McLean, VA 22102 | | | | | | | 661 |
| ACCOUNT NO.<br>Robert Toelkes<br>4626 SE 85th St<br>Berryton, KS 66409 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Root Pavement Tech<br>10457 E Monument Dr<br>Scottsdale, AZ 85262-4600 | X | | | | | | 1,200 |
| ACCOUNT NO.<br>Safety 1st Systems<br>888 N Marine Corps, Ste 209<br>Tamuning, GU 96913 | | | | | | | 2,781 |

Sheet no. 20 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ⊳ $ 8,283

Total ⊳ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

In re International Bridge Corporation, Debtor

Case No. ________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Securesafe Solutions<br>522 Chalan Pasaheru<br>Tamuning, GU 96913 | | | | | | | 612 |
| ACCOUNT NO.<br>Shimbros<br>Anigua Commercial Bldg<br>588 W Marine Corps Dr Ste 104<br>Hagatna, GU 96910 | | | | | | | 1,574 |
| ACCOUNT NO.<br>Signmakers<br>276 W Harmon Indust Rd Ste 101<br>Tamuning, GU 96913 | | | | | | | 3,396 |
| ACCOUNT NO.<br>SOS Portables<br>213 Dulce Numbre De Maria St<br>Anigua, GU 96910 | | | | | | | 1,284 |
| ACCOUNT NO.<br>South Pacific Petroleum Co<br>816 N Marine Dr<br>Eva Bldg 2nd Floor<br>Barrigada, GU 96913 | | | | | | | 19,541 |

Sheet no. 21 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ 26,407

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

In re International Bridge Corporation, Debtor

Case No. ____________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Stormont-Vail Health Care<br>1500 SW 10th Ave<br>Topeka, KS 66604-1301 | | | | | | | 9,909 |
| ACCOUNT NO.<br>Street Constr Consulting<br>8919 N 95th Ave<br>Peoria, AZ 85345 | X | | | | | | 376,831 |
| ACCOUNT NO.<br>Sunleader (Guam) Home Mart<br>655 Harmon Loop, Ste 109<br>Dededo, GU 96929 | | | | | | | 2,157 |
| ACCOUNT NO.<br>TAG/ICIB Services Inc<br>2290 Alahao Pl Unit 303<br>Honolulu, HI 96819 | | | | | | | 2,219 |
| ACCOUNT NO.<br>Takecare Insurance Co Inc<br>PO Box 6578<br>Tamuning, GU 96931 | | | | | | | 32,384 |

Sheet no. 22 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $ 423,500

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

In re International Bridge Corporation, Debtor — Case No. ______ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Tech-Plus<br>PMB 313<br>1270 N Marine Dr Ste 101<br>Barrigada, GU 96931 | | | | | | | 1,594 |
| ACCOUNT NO.<br>The Medical Corner Guam<br>San Vitores Rd<br>Ohana Oceanview Hotel Rm 102<br>Tumon, GU 96913 | | | | | | | 149 |
| ACCOUNT NO.<br>TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | | | | X | X | X | 7,756,778 |
| ACCOUNT NO.<br>Todo Mauleg<br>Porta Toilet Rental<br>PO Box 127<br>Hagatna, GU 96932 | | | | | | | 8,740 |
| ACCOUNT NO.<br>Trane Guam<br>PO Box 7749<br>Tamuning, GU 96931-7749 | | | | | | | 384 |

Sheet no. 23 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ⊳ $ 7,767,645

Total ⊳ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

B6F (Official Form 6F) (12/07) - Cont.

In re International Bridge Corporation, Debtor

Case No. ______ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Triple B Forwarders<br>PO Box 9249<br>Tamuning, GU 96931 | | | | | | | 28,638 |
| ACCOUNT NO. | | | | | | | |
| Triple J Motors<br>157 S Marine Corps Dr<br>Tamuning, GU 96913 | | | | | | | 10,814 |
| ACCOUNT NO. | | | | | | | |
| Tsang Brothers Corporation<br>PO Box 10198<br>Tamuning, GU 96931 | X | | | | | | 88,883 |
| ACCOUNT NO. | | | | | | | |
| United Tire<br>Ste 1200 Airport Indust Centr<br>165 Skyline Ln<br>Tamuning, GU 96913 | X | | | | | | 25,456 |
| ACCOUNT NO. | | | | | | | |
| University of Guam<br>WERI<br>UOG Station<br>Mangilao, GU 96923 | | | | | | | 2,439 |

Sheet no. 24 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ⊳ $ 156,230

Total ⊳ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

B6F (Official Form 6F) (12/07) - Cont.

In re International Bridge Corporation, Debtor

Case No. ______________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Urethane Polymers Int'l<br>10880 Poplar Ave<br>Fontana, CA 92337 | | | | | | | 1,500 |
| ACCOUNT NO.<br>Western Pacific Consolidated<br>PO Box 24883<br>GMF, GU 96921 | | | | | | | 319 |
| ACCOUNT NO.<br>WJE<br>Wiss Janney Elstner Assoc<br>330 Pfingsten Rd<br>Northbrook, IL 60062 | X | | | | | | 26,628 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 25 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ⊳ $ 28,447

Total ⊳ $ 14,461,134

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 15:21:59 - 32683-301X-*****

In re International Bridge Corporation, Debtor    Case No. 15-20951-11 (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CAPFA Capital Corp. 2010A<br>Guam Department of Education<br>c/o Ted Kiser<br>331 Stalman Lane<br>Kennerdale, PA 16374 | Insurance and Maintenance Agreement for John F. Kennedy High School. |
| General Pacific Services, LLC<br>PO Box 5187<br>Topeka, KS 66605 | Maintenance Agreement |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 14:10:56 - 32683-301X-*****

B6H (Official Form 6H) (12/07)

In re International Bridge Corporation
Debtor

Case No. 15-20951-11
(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | Geo-Engineering & Testing Inc<br>PO Box 8170<br>Tamuning, GU 96931 |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | Guam Shipyard<br>Bldg 20 Sumay Dr<br>Sumay Cove<br>Santa Rita, GU 96915 |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | Hawaiian Rock Products<br>1402 Rte 15<br>Mangilao, GU 96913 |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | Metro Group Maritime Agent for<br>Matson Navigation<br>61 Broadway, Ste 1410<br>New York, NY 10006 |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | Perez Bros Inc<br>PO Box F<br>Hagatna, GU 96932 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 16:27:16 - 32683-301X-*****

In re International Bridge Corporation
Debtor

Case No. ____________
(if known)

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | Port Authority of Guam<br>1026 Cabras Hwy, Ste 201<br>Piti, GU 96925 |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | Tsang Brothers Corporation<br>PO Box 10198<br>Tamuning, GU 96931 |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | United Tire<br>Ste 1200 Airport Indust Centr<br>165 Skyline Ln<br>Tamuning, GU 96913 |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | Pacific Waste Systems<br>PO Box 5187<br>Topeka, KS 66605 |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | DZSP 21 LLC<br>PO Box GH<br>Hagatna, GU 96932 |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | G4S Security Services (Guam)<br>1851 Army Dr<br>Tamuning, GU 96913-1254 |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | WJE<br>Wiss Janney Elstner Assoc<br>330 Pfingsten Rd<br>Northbrook, IL 60062 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 16:27:16 - 32683-301X-*****

In re International Bridge Corporation
Debtor

Case No. ____________________
(if known)

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | Road Rules Safety Services<br>112 Aga Blvd<br>Dededo, GU 96929 |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | Guam Airport Hotel<br>120 Simon Sanchez St.<br>Tamuning, GU 96911 |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | Delta Marine Consultant<br>PO Box 268<br>2801 AG Gouda<br>The Netherlands |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | HRC<br>11200 Condor Ave<br>Fountain Valley, CA 92708 |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | JRC Maritime Services<br>PO Box 315273<br>Tamuning, GU 96931 |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | Street Constr Consulting<br>8919 N 95th Ave<br>Peoria, AZ 85345 |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | Primos Heavy Equip Rental<br>PO Box 11427<br>Yigo, GU 96929 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 16:27:16 - 32683-301X-*****

In re International Bridge Corporation
Debtor

Case No. ____________
(if known)

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | Root Pavement Tech<br>10457 E Monument Dr<br>Scottsdale, AZ 85262-4600 |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | Foulston Siefkin LLP<br>1551 N Waterfront Pkwy Ste 100<br>Wichita, KS 67206-4466 |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | Guam Dept of Revenue & Taxation<br>Taxpayer Services Division<br>P.O. Box 23607<br>GMF, Guam 96921 |
| TOA Corporation<br>SHINJUKU Park-Tower 31F<br>3-7-1, Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031, JAPAN | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 16:27:16 - 32683-301X-*****

# United States Bankruptcy Court
## District of Kansas

In re International Bridge Corporation
Debtor

Case No. 15-20951

Chapter 11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ N.A. |
| Average Expenses (from Schedule J, Line 22) | $ N.A. |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 14:10:56 - 32683-301X-*****

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 14:10:56 - 32683-301X-*****

In re International Bridge Corporation
Debtor

Case No. 15-20951-11
(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _______ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ______________________ Signature: ______________________
Debtor

Date ______________________ Signature: ______________________
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

______________________
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

______________________
Social Security No.
*(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

______________________
______________________
______________________
Address

X ______________________
Signature of Bankruptcy Petition Preparer

______________________
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the International Bridge Corporation [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 40 sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date 5-6-15

Signature: [signature]
ROBERT TOELKES
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 14:10:57 - 32683-301X-*****