UNITED STATES BANKRUPTCY COURT
District of Kansas

In re  International Bridge Corporation,
          Debtor

Case No.  15-20951

Chapter  11

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Robert Toelkes<br>4626 SE 85th St<br>Berryton, KS  66409 | 1 | 100% |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 16:27:16 - 32683-301X-*****