# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In re   International Bridge Corporation       ,
              Debtor

Case No.   15-20951

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Metro Group Maritime Agent for Matson Navigation 61 Broadway, Ste 1410 New York, NY 10006 | | | | 34,219 |
| Gresco Guam Refinery & Environmental 153 Haiguas Dr Agana Heights, GU 96910 | | | | 35,692 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Port Authority of Guam<br>1026 Cabras Hwy, Ste 201<br>Piti, GU 96925 | | | | 36,993 |
| Civille & Tang PLLC<br>330 Hernan Cortez Ave Ste 220<br>Hagatna, GU 96910 | | | | 38,033 |
| Miguel C Bordallo<br>PO Box 65<br>Hagatna, GU 96932 | | | | 45,000 |
| HRC<br>11200 Condor Ave<br>Fountain Valley, CA 92708 | | | | 45,695 |
| IConnect<br>PO Box 12398<br>Tamuning, GU 96931 | | | | 46,509 |
| Duenas Camacho & Associates<br>238 E Marine Corps Dr Ste 201<br>Hagatna, GU 96910 | | | Disputed | 56,317 |
| G4S Security Services (Guam)<br>1851 Army Dr<br>Tamuning, GU 96913-1254 | | | | 56,956 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Foulston Siefkin LLP<br>1551 N Waterfront Pkwy Ste 100<br>Wichita, KS 67206-4466 | | | | 57,941 |
| Island Home Ins Co<br>PO Box CZ<br>Hagatna, GU 96932 | | | | 68,827 |
| Perez Bros Inc<br>PO Box F<br>Hagatna, GU 96932 | | | | 80,440 |
| Tsang Brothers Corporation<br>PO Box 10198<br>Tamuning, GU 96931 | | | | 88,883 |
| Ambyth Shipping and Trading Co<br>193 Rojas St<br>Tamuning, GU 96913 | | | | 96,848 |
| Horizon Lines<br>Attn: Freight Cashier<br>600 E Las Colinas Blvd #600<br>Irving, TX 75039 | | | | 159,885 |
| Street Constr Consulting<br>8919 N 95th Ave<br>Peoria, AZ 85345 | | | | 376,831 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| AB Wonpat Int'l Airport<br>355 Chalan Pasaheru B224-A<br>Tamuning, GU 96913 | | | | 688,789 |
| SAIC Constructors, LLC<br>9400 N Broadway, Ste 300<br>Oklahoma City, OK 73114 | | | | 3,718,477<br>Collateral FMV<br>164,463 |
| International Bridge & Constr Marianas Inc<br>171 Marine Corps Dr<br>Yigo, GU 96929 | | | | 4,095,875 |
| TOA Corporation<br>SHINJUKU<br>Park-Tower 31F<br>3-7-1,<br>Nishi-Shinjuku,Shinjuku-ku<br>Tokyo 163-1031,<br>JAPAN | | | Contingent<br>Unliquidated<br>Disputed | 7,756,778 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 16:27:16 - 32683-301X-*****

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date  5-6-15

Signature _____
ROBERT TOELKES,
President

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, May 06, 2015, at 14:10:56 - 32683-301X-*****