# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

In Re:

INTERNATIONAL BRIDGE CORPORATION,

Debtor.

Case Number 15-20951
Chapter 11

## AFFIDAVIT IN SUPPORT OF EMERGENCY MOTION
## FOR INTERIM USE OF CASH COLLATERAL

STATE OF KANSAS      )
                     ) ss:
COUNTY OF DOUGLAS    )

ROBERT TOELKES, being first duly sworn on oath, states as follows:

1. Affiant is the President of International Bridge Corporation, the Debtor in the above case.

2. By Resolution duly adopted by the Debtor, Affiant has the authority to make all decisions incident to the instant case.

3. Affiant is the person most knowledgeable with the financial situation and daily operational expenses of the Debtor.

4. The Debtor's assets include, at the time of the May 7, 2015 filing date, among other things:

   A. Accounts receivable owed in regard to the Kilo Wharf Project with the United States Department of the Navy in the approximate amount of $14,265,000;

   B. Trade accounts receivable in the amount of $2,653,997.77;

   C. Account receivable owed by CaPFA Capital Corp. 2010A in the amount of $760.50, with an additional $73,478.67 becoming due on May 8, 2015;

   D. Equipment and inventory with an approximate value of $407,169.63; and

   E. Bank accounts with a combined balance of $66.50.

5. Affiant is personally familiar with the budget attached hereto, marked as <u>Exhibit A</u> (the "**Budget**").

6. The income listed on the Budget is an accurate approximation of the monthly income operation of the Debtor. The expenses listed on the Budget are an accurate approximation of the Debtor's monthly expenses incident to operation.

7. The Debtor has an immediate and critical need to use cash collateral in order to preserve and protect the value of its assets. The Debtor has no source of income other than from the operation of its business.

8. The Debtor will require the use of cash collateral in order to conduct its day-to-day operations including, but not limited to, the payment of expenses, including payments to its subcontractors, payment for the purchase of supplies and other various overhead expenses, payment of income to its employees, payment of attorney's fees, and for payment of the United States Trustee's assessments and other expenses in the Chapter 11 proceeding.

9. Without the continued use of cash collateral during the pendency of this Chapter 11 proceeding in accordance with the terms of an Interim Order entered by this Court, the Debtor's estate and creditors will suffer immediate and irreparable harm.

10. If allowed to use the cash collateral for its operating needs, the Debtor should not require any additional post-Petition financing, nor should it incur further indebtedness during the pendency of this case.

FURTHER, AFFIANT SAYETH NAUGHT.

Dated: May 6th, 2015.

_____
ROBERT TOELKES, President

Subscribed and sworn to before me this 6th day of May, 2015.

NOTARY PUBLIC - State of Kansas
JEAN ACKERMAN
My Appt. Exp. 3|6|17

_____
NOTARY PUBLIC

My Appointment Expires: 3/6/2017

# BUDGET
## International Bridge Corporation
### May through October, 2015

| Account # | Account Name | May | June | July | August | September | October | Total |
|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | |
| 1-1-4000.00 | Contract Revenue | $ 73,478.67 | $ 73,478.67 | $ 73,478.67 | $ 73,478.67 | $ 73,478.67 | $ 73,478.67 | $ 440,872.02 |
| **EXPENSES** | | | | | | | | |
| 1-1-5020.00 | Direct Costs - Subcontractors | $ (65,000.00) | $ (65,000.00) | $ (65,000.00) | $ (65,000.00) | $ (65,000.00) | $ (65,000.00) | $ (390,000.00) |
| 1-1-7000.00 | Salaries - Administrative | $ (812.65) | $ (812.65) | $ (812.65) | $ (812.65) | $ (812.65) | $ (812.65) | $ (4,875.90) |
| 1-1-7002.00 | Salaries - Accounting | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (3,000.00) |
| 1-1-7010.00 | Payroll Tax Expense | $ (100.42) | $ (100.42) | $ (100.42) | $ (100.42) | $ (100.42) | $ (100.42) | $ (602.52) |
| 1-1-7210.00 | Bank Charges | $ (15.00) | $ (15.00) | $ (15.00) | $ (15.00) | $ (15.00) | $ (15.00) | $ (90.00) |
| 1-1-7590.00 | Professional Fees | $ (2,000.00) | $ (2,000.00) | $ (2,000.00) | $ (2,000.00) | $ (2,000.00) | $ (2,000.00) | $ (12,000.00) |
| | **NET INCOME** | $ 5,050.60 | $ 5,050.60 | $ 5,050.60 | $ 5,050.60 | $ 5,050.60 | $ 5,050.60 | $ 30,303.60 |


EXHIBIT A